# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 24, 2022

## NO. 03-21-00120-CV

**Brian Manley, Chief of Austin Police Department; Brian Manley, Individually; Commander Mark Spangler, Austin Police Department; Lt. Jerry Bauzon, Austin Police Department; Officer Benjamin Bloodworth, Austin Police Department; Officer Collin Fallon, Austin Police Department; Sgt. Eric Kilcollins, Training Coordinator, Austin Police Academy; and Officer Shand, Lead Instructor, Stress Reaction Training, Austin Police Academy, Appellants**

**v.**

**Christopher Wise, Appellee**

---

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
REVERSED AND RENDERED -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the order signed by the trial court on February 24, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, we reverse the district court's order denying appellants' amended plea to the jurisdiction and motion to dismiss and render judgment dismissing appellee's claims. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.